

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Mattel, Inc.,

        Plaintiff,

   –v–

The entities doing business on Amazon.com under the brand name Bargbeigo, under the store name Nightstars, and/or under the business name Guangzho Zhehong Network Technology Co., LTD, John Doe Nos. 1-5, and ABC Entity Nos. 1-5,

        Defendants.

20-cv-11069 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The Court respectfully directs the Clerk to unseal this case.

SO ORDERED.

Dated: January 19, 2021
       New York, New York

                                  ALISON J. NATHAN
                                United States District Judge