USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Mattel, Inc.,

               Plaintiff,

—v—

The entities doing business on Amazon.com under the brand name Bargbeigo, under the store name Nightstars, and/or under the business name Guangzho Zhehong Network Technology Co., LTD, John Doe Nos. 1-5, and ABC Entity Nos. 1-5,

               Defendants.

20-cv-11069 (AJN)

ORDER

---

ALISON J. NATHAN, District Judge:

    The Show Cause hearing scheduled for January 22, 2021 at 12 P.M. is hereby rescheduled to 9:00 A.M. The conference will proceed remotely by teleconference. The parties may access the conference by dialing (888) 363-4749 and entering access code 9196964.

    The Court will unseal this case unless Plaintiff files a letter with the Court demonstrating cause for why the case should remain under seal at this time. The Plaintiff has until January 20, 2021 to file the letter.

    Plaintiffs are to serve this Order on Defendants within 24 hours and file an affidavit of service with the Clerk of Court within 24 hours of serving that order. Plaintiffs have not filed the affidavit of service that was ordered in the Court's December 30, 2020 Show Cause Order. If Plaintiff has not served Defendants the Show Cause Order and accompanying papers, Plaintiff must notify the Court via letter immediately. If Plaintiff has served Defendants, Plaintiff is to file an affidavit of service within 24 hours. Plaintiffs are also to email the affidavits to the Court at NathanNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: January 19, 2021
    New York, New York

_____
ALISON J. NATHAN
United States District Judge