UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mattel, Inc.,

           Plaintiff,

  –v–

The entities doing business on Amazon.com under the brand name Bargbeigo, under the store name Nightstars, and/or under the business name Guangzho Zhehong Network Technology Co., LTD, John Doe Nos. 1-5, and ABC Entity Nos. 1-5,

           Defendants.

20-cv-11069 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the Proposed Judgment submitted by Plaintiff and purportedly signed by Defendants.  The Court will not enter the Proposed Judgment until defense counsel has appeared in the case and indicated consent to this settlement effort.  Defense counsel has until February 1, 2021 to appear, otherwise Plaintiff is directed to pursue default judgment at that time if it intends to do so.  Because settlement is being negotiated, the Court concludes that there is good cause to extend the temporary restraining order, *see* Dkt. No. 18, for 14 days, until February 8, 2021.

    SO ORDERED.

Dated: January 25, 2021
       New York, New York

                                       ALISON J. NATHAN
                                      United States District Judge