**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
Mattel, Inc.,

                      Plaintiff,

                                                                 20 **CIVIL** 11069 (AJN)

        -against-                                   **DEFAULT JUDGMENT**

The entities doing business on Amazon.com under the
brand name BARBEGIO, *et al*.,
                      Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Memorandum Opinion and Order dated March 5, 2021, Plaintiff's motion for default judgment is GRANTED.

      It is ORDERED that Defendant Guangzhou Zhehong, its agents, servants, employees and attorneys, and those persons in active concert with any of them who receive actual knowledge of this order by personal service or otherwise, be, and hereby are, enjoined from infringing the BARBIE® mark of Mattel, that was registered on the Principal Register of the U.S. Patent & Trademark Office as U.S. Trademark Registration No. 3,287,023, for "full line of dolls, doll clothing and doll accessories," in violation of 15 U.S.C. §§ 1114 or 1125.

      It is FURTHER ORDERED that judgment is entered against Defendant Guangzhou Zhehong in the amount of $18,971.58 in Plaintiff's actual damages pursuant to 15 U.S.C. § 1117(b).

      It is FURTHER ORDERED that garnishee Amazon.com, Inc. be, and hereby is, ordered to transfer, within three business days of service of this order upon it, to Dunnegan & Scileppi LLC as attorneys for Mattel all funds of Defendant Guangzhou Zhehong in the amount that it is holding, and that if Dunnegan & Scileppi LLC receives more from Amazon.com, Inc. than the

amount of the judgment, Dunnegan & Scileppi LLC shall within three business days of the receipt of any excess amount, return any excess to Amazon.com, Inc. This resolves Dkt. No. 31. The March 4, 2021 request for an extension of the temporary restraining order (Dkt. No. 38) is administratively denied. Plaintiff's claims against the remaining defendants are voluntarily dismissed. Dkt. No. 34; accordingly, the case is closed.

**DATED**: New York, New York
    March 8, 2021

**RUBY J. KRAJICK**
_____
**Clerk of Court**
BY: _____
**Deputy Clerk**